MARK T. JANSEN (SBN 114896)
mjansen@crowell.com
PILAR R. STILLWATER (SBN 260467)
pstillwater@crowell.com
MOLLY A. JONES (SBN 301419)
mojones@crowell.com
GALEN P. SALLOMI (SBN 306743)
gsallomi@crowell.com
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

KATHRYN L. CLUNE (*pro hac vice*)
kclune@crowell.com
ALI H.K. TEHRANI (*pro hac vice*)
atehrani@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202.624.2705
Facsimile: 202.628.5116

Attorneys for Plaintiff
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATRICURE, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 4:16-cv-06506-YGR<br>**ORDER GRANTING**<br>**JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS FOR RELIEF AGAINST ATRICURE, INC. WITH PREJUDICE** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE
DISMISSAL WITH PREJUDICE;
CASE NO. 4:16-cv-06506-YGR

Plaintiff The Regents of the University of California ("The Regents") and Defendant AtriCure, Inc. ("AtriCure"), by and through their respective undersigned counsel, file this Joint Stipulation Regarding Voluntary Dismissal of Plaintiff's Claims for Relief Against Atricure, Inc., With Prejudice, and stipulate and agree as follows:

1. The Regents and AtriCure have settled this case. As part of their settlement agreement, all parties who have appeared in this action (i.e., The Regents and AtriCure) have jointly agreed that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the instant proceeding shall be dismissed, with prejudice, and that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: January 5, 2018      CROWELL & MORING LLP

By:  */s/ Mark T. Jansen*
  Mark T. Jansen
  Kathryn L. Clune
  Pilar R. Stillwater
  Ali H.K. Tehrani
  Molly A. Jones
  Galen P. Sallomi
  Attorneys for Plaintiff
  THE REGENTS OF THE
  UNIVERSITY OF CALIFORNIA

DATED: January 5, 2018      PEPPER HAMILTON LLP

By:  */s/ Maia H. Harris*
  Maia H. Harris
  Attorney for Defendant
  ATRICURE, INC.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

- 2 -

JOINT STIPULATION RE
DISMISSAL WITH PREJUDICE;
CASE NO. 4:16-cv-06506-YGR

**QTFGT"**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

This action is DISMISSED.

Dated: January 12, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

CROWELL & MORING LLP
ATTORNEYS AT LAW

JOINT STIPULATION RE DISMISSAL WITH PREJUDICE;
CASE NO. 4:16-cv-06506-YGR